# Exhibit 1

| Link to Infringement Page | Original Source | Registration Status | Number of Subscribers | Number of Videos | Total Number of Views |
|---|---|---|---|---|---|
| https://youtu.be/U2LXFs8I0K8?t=75 | https://youtu.be/k6d3aVbgJQ0 | PA-2-401-477 | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=6VamfNt6WeI | https://youtu.be/EZn7yhYkrhM | PA-2-401-320 | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=Xv1O50eBxrg | https://youtu.be/pcmD_hCnwHQ | PA-2-404-604 | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=FFa0vs8Oi1M | https://youtu.be/9-jVNXTXS-Y | Not Registered | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=1zlD136hVZI | https://www.youtube.com/watch?v=Zp3i_8e_bwY | Not Registered | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=zbm8EwmLYLY | https://www.youtube.com/watch?v=Zp3i_8e_bwY | Not Registered | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=0Yu1DXeeZk0 | https://youtu.be/UIIDsm0c3D8 | PA-2-404-613 | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=Uotf7SFkGZo | https://www.youtube.com/watch?v=kBCLgoEUwKc | PA-2-405-829 | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=ICQx3BYV_QQ | https://youtu.be/2PcqW9NlfLM | Not Registered | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=oAkrGWVGcac | https://youtu.be/Es5mZfeiA4Q | PA-2-397-898 | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=2ncjErT9--g | https://youtu.be/Es5mZfeiA4Q | PA-2-397-898 | 332,000 | 1,453 | 153,502,132 |
| https://www.youtube.com/watch?v=OK3q6vmM2EQ | https://www.youtube.com/watch?v=Zp3i_8e_bwY | Not Registered | 332,000 | 1,453 | 153,502,132 |