# Exhibit 2

| DOCUMENT | PAGE |
|---|---|
| [PA 2-354-516.pdf](#) | 3 |
| [PA 2-360-287.pdf](#) | 4 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-354-516**

**Effective Date of Registration:**
April 22, 2022
**Registration Decision Date:**
June 22, 2022

---

## Title

    **Title of Work:** 3-21-2022 Elgin Tx tornado- Dashcam

## Completion/Publication

    **Year of Completion:** 2022
    **Date of 1st Publication:** March 21, 2022
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Ronald Brian Emfinger
    **Author Created:** entire motion picture
    **Work made for hire:** No
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Michael Brandon Clement
    1315 Carroll Drive, Terry, MS, 39170, United States
    **Transfer statement:** By written agreement

    **Copyright Claimant:** Brett Adair
    210 Veazey Drive, Childersburg, AL, 35004, United States
    **Transfer statement:** By written agreement

## Certification

    **Name:** Craig Sanders
    **Date:** April 22, 2022

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-360-287**

**Effective Date of Registration:**
June 03, 2022
**Registration Decision Date:**
July 28, 2022

---

## Title

  **Title of Work:**   04292022_ANDOVER DRONE FOOTAGE

## Completion/Publication

  **Year of Completion:** 2022
  **Date of 1st Publication:** April 29, 2022
  **Nation of 1st Publication:** United States

## Author

-   **Author:** Reed Timmer
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

  **Copyright Claimant:** Reed Timmer
  23520 Pondview Pl., Golden, CO, 80401, United States

## Certification

  **Name:** Craig Sanders
  **Date:** June 03, 2022