# Exhibit

# 3

| DOCUMENT | PAGE |
|---|---|

Take Down - NA Weather - 8Nlaf2NZBtQ.pdf                              3

Take Down - NA Weather - Q8W8clxQDWo.pdf                             9

Take Down - NA Weather - uXSYXdr4YtE&ab.pdf                         11

NA Weather - Counters.pdf                                          25

**From:**   LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:**   11/16/2023 11:19:16 PM
**To:**     Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ZXYAXI4ECWPOOW56K7ZWIBWMPE] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3dyhkch1legyg07@google.com>
Date: Wed, Nov 15, 2023 at 8:49 AM
Subject: [ZXYAXI4ECWPOOW56K7ZWIBWMPE] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



Hi Live Storms Media,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request declined**
>
> We received a counter notification from the uploader of the video(s) listed below in response to a previous notification you submitted regarding this material.
>
> As we stated when we provided you with the counter notification, you were given 10 days to provide us with evidence that you had filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity.
>
> That time has expired and the appropriate course of action, should you wish to pursue the matter further, is to do so directly with the user. We are unable to provide further assistance.
>
>
> Videos in question:
>
> https://www.youtube.com/watch?v=8Nlaf2NZBtQ
>
> ▢  Video (Internet video)
>
> Title of your video: 03-21-2022 Elgin, TX - Red Truck takes a ride in a
> tornado and drives away

Content found in: 0:05:52 to 0:05:59

To learn more about copyright, go to YouTube's Copyright Center. If you still think this copyright removal request is valid, you may appeal this decision. Learn more about your resolution options.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Live Stroms Media
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?): Owner
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Live Storms Media
Email Address: ip@livestormsmedia.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=8Nlaf2NZBtQ
Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 03-21-2022 Elgin, TX - Red Truck takes a ride in a tornado and drives away
  ○ Source of video: kd6Lae_zNXc
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:05:52 to 0:05:59 :
    https://www.youtube.com/watch?v=8Nlaf2NZBtQ&t=352
    It appears in your source video from 0:00:01 to 0:00:10 :
    https://www.youtube.com/watch?v=kd6Lae_zNXc&t=1

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright

▶ YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Stroms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=8Nlaf2NZBtQ
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Source of video: kd6Lae_zNXc

Type or video: Entire video
- Where does the content appear?
  The content appears in the targeted video from 0:05:52 to 0:05:59 :
  https://www.youtube.com/watch?v=8Nlaf2NZBtQ&t=352
  It appears in your source video from 0:00:01 to 0:00:10 :
  https://www.youtube.com/watch?v=kd6Lae_zNXc&t=1

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: 8Nlaf2NZBtQ

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:03:36 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ZXYAXI4ECWPOOW56K7ZWIBWMPE] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3dyhkch1legyg07@google.com>
Date: Tue, Nov 14, 2023 at 8:18 PM
Subject: [ZXYAXI4ECWPOOW56K7ZWIBWMPE] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Stroms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=8Nlaf2NZBtQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: kd6Lae_zNXc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:52 to 0:05:59 :
    https://www.youtube.com/watch?v=8Nlaf2NZBtQ&t=352
    It appears in your source video from 0:00:01 to 0:00:10 :

01814

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

   Video IDs: 8Nlaf2NZBtQ

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management
**Sent:** 2/25/2023 12:28:43 AM
**To:** Joel Rothman
**Subject:** Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3471qsfc34ny107@google.com>
Date: Fri, Feb 24, 2023 at 9:41 PM
Subject: YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>
Cc: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Executive Director of Content
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Secondary Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Q8W8clxQDWo

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - The original video: [MONSTER debris flow with flash flood in Johnson Canyon, Utah!](#)
  - Where does the content appear?
    The content appears in the targeted video from 0:01:06 to 0:01:24 :
    [https://www.youtube.com/watch?v=Q8W8clxQDWo&t=66](#)
    It appears in your source video from 0:00:00 to 0:00:00 :
    [https://www.youtube.com/watch?v=&t=0](#)

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Brandon Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Feb 25, 2023 [bclemms@gmail.com](#) wrote:

Video IDs: Q8W8clxQDWo

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/18/2023 11:45:51 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RG5GCY7ZGMMH3XVNKL7O73OXUA] YouTube Copyright Complaint Submission

---

---------- Forwarded message ----------
From: **Copyright Management** <copyright@viraldrm.com>
Date: Thu, Nov 16, 2023 at 11:17 PM
Subject: Fwd: [RG5GCY7ZGMMH3XVNKL7O73OXUA] YouTube Copyright Complaint Submission
To: <viraldrm@sriplaw.com>

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+16um3fu9w1sz907@google.com>
Date: Sun, Nov 12, 2023 at 2:25 AM
Subject: [RG5GCY7ZGMMH3XVNKL7O73OXUA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response.

We've removed some of the videos in your notification. Please read the entire email carefully for a complete update of each video's status.

---

**Request declined**

We received a counter notification from the uploader of the video(s) listed below in response to a previous notification you submitted regarding this material.

As we stated when we provided you with the counter notification, you were given 10 days to provide us with evidence that you had filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity.

That time has expired and the appropriate course of action, should you wish to pursue the matter further, is to do so directly with the user. We are unable to provide further assistance.

Videos in question:

https://www.youtube.com/watch?v=uXSYXdr4YtE

🎦 Video (Internet video)

Title of your video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart

Content found in: 0:00:00 to 0:00:24

---

To learn more about copyright, go to YouTube's Copyright Center. If you still think this copyright removal request is valid, you may appeal this decision. Learn more about your resolution options.

---

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=ZQG77Q7gxBo

---

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management

Email Address: copyright@weatherman
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=ZQG77Q7gxBo
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
- Source of video: IxdFh8nYMgM
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:24 :
  https://www.youtube.com/watch?v=ZQG77Q7gxBo&t=0
  It appears in your source video from 0:00:02 to 0:00:10 :
  https://www.youtube.com/watch?v=IxdFh8nYMgM&t=2

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=uXSYXdr4YtE
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
- Source of video: IxdFh8nYMgM
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:24 :
  https://www.youtube.com/watch?v=uXSYXdr4YtE&t=0
  It appears in your source video from 0:00:00 to 0:00:24 :
  https://www.youtube.com/watch?v=IxdFh8nYMgM&t=0

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=ZQG77Q7gxBo
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=uXSYXdr4YtE

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 4:27 PM YouTube Copyright <youtube-disputes+16um3fu9w1sz907@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ZQG77Q7gxBo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart

- Source of video: IxdFh8nYMgM
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=ZQG77Q7gxBo&t=0
    It appears in your source video from 0:00:02 to 0:00:10 :
    https://www.youtube.com/watch?v=IxdFh8nYMgM&t=2

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=uXSYXdr4YtE
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - ○ Source of video: IxdFh8nYMgM
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=uXSYXdr4YtE&t=0
    It appears in your source video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=IxdFh8nYMgM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 YouTube Copyright

▶ YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken

action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ZQG77Q7gxBo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 : https://www.youtube.com/watch?v=ZQG77Q7gxBo&t=0
    It appears in your source video from 0:00:02 to 0:00:10 : https://www.youtube.com/watch?v=IxdFh8nYMgM&t=2

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=uXSYXdr4YtE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 : https://www.youtube.com/watch?v=uXSYXdr4YtE&t=0
    It appears in your source video from 0:00:00 to 0:00:24 : https://www.youtube.com/watch?v=IxdFh8nYMgM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature Merrile Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: ZQG77Q7gxBo, uXSYXdr4YtE

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:17:15 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RG5GCY7ZGMMH3XVNKL7O73OXUA] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+16um3fu9w1sz907@google.com>
Date: Sun, Nov 12, 2023 at 2:25 AM
Subject: [RG5GCY7ZGMMH3XVNKL7O73OXUA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response.

We've removed some of the videos in your notification. Please read the entire email carefully for a complete update of each video's status.

> **Request declined**
>
> We received a counter notification from the uploader of the video(s) listed below in response to a previous notification you submitted regarding this material.
>
> As we stated when we provided you with the counter notification, you were given 10 days to provide us with evidence that you had filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity.
>
> That time has expired and the appropriate course of action, should you wish to pursue the matter further, is to do so directly with the user. We are unable to provide further assistance.
>
>
> Videos in question:
>
> https://www.youtube.com/watch?v=uXSYXdr4YtE
>
> ▢ Video (Internet video)

Title of your video: JAW-DROPPING Tornado Drone Footage Shows
Kansas Town Get Ripped Apart

Content found in: 0:00:00 to 0:00:24

To learn more about copyright, go to YouTube's Copyright Center. If you still
think this copyright removal request is valid, you may appeal this decision.
Learn more about your resolution options.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=ZQG77Q7gxBo

We use a combination of automated systems and human reviews to
process removal requests.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement
Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=ZQG77Q7gxBo
Describe the work allegedly infringed: My company, organization or client's
video

Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas
Town Get Ripped Apart
- Source of video: lxdFh8nYMgM
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:24 :
  https://www.youtube.com/watch?v=ZQG77Q7gxBo&t=0
  It appears in your source video from 0:00:02 to 0:00:10 :
  https://www.youtube.com/watch?v=lxdFh8nYMgM&t=2

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=uXSYXdr4YtE
Describe the work allegedly infringed: My company, organization or client's
video
- Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas
  Town Get Ripped Apart
- Source of video: lxdFh8nYMgM
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:24 :
  https://www.youtube.com/watch?v=uXSYXdr4YtE&t=0
  It appears in your source video from 0:00:00 to 0:00:24 :
  https://www.youtube.com/watch?v=lxdFh8nYMgM&t=0


Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
- I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is infringing
  may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube
  channel.
Authorized Signature: Michael Clement


Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=ZQG77Q7gxBo
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=uXSYXdr4YtE

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 4:27 PM YouTube Copyright <youtube-disputes+16um3fu9w1sz907@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ZQG77Q7gxBo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: lxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 : https://www.youtube.com/watch?v=ZQG77Q7gxBo&t=0
    It appears in your source video from 0:00:02 to 0:00:10 : https://www.youtube.com/watch?v=lxdFh8nYMgM&t=2

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=uXSYXdr4YtE

Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
- ○ Source of video: IxdFh8nYMgM
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:24 : https://www.youtube.com/watch?v=uXSYXdr4YtE&t=0
  It appears in your source video from 0:00:00 to 0:00:24 : https://www.youtube.com/watch?v=IxdFh8nYMgM&t=0

- • Country where copyright applies: US
- • I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- • Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 YouTube Copyright

▶ YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- • Copyright Owner Name (Company Name if applicable): Viral DRM
- • Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- • Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager

○ Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZQG77Q7gxBo
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  ○ Source of video: lxdFh8nYMgM
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=ZQG77Q7gxBo&t=0
    It appears in your source video from 0:00:02 to 0:00:10 :
    https://www.youtube.com/watch?v=lxdFh8nYMgM&t=2

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=uXSYXdr4YtE
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  ○ Source of video: lxdFh8nYMgM
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=uXSYXdr4YtE&t=0
    It appears in your source video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=lxdFh8nYMgM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube 901 Cherry Ave. San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: ZQG77Q7gxBo, uXSYXdr4YtE

**From:**         Copyright Management
**Sent:**          2/27/2023 12:23:11 PM
**To:**            Joel Rothman
**Subject:**       Fwd: [QWO3HGNHIQC52NGHWWF62RMDSQ] New Copyright Counter
Notification

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sun, Feb 26, 2023 at 10:57 PM
Subject: Fwd: [QWO3HGNHIQC52NGHWWF62RMDSQ] New Copyright Counter
Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1trmq0dfltbga0h@google.com>
Date: Sun, Feb 26, 2023 at 7:06 PM
Subject: Re: [QWO3HGNHIQC52NGHWWF62RMDSQ] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=uXSYXdr4YtE

Display name of uploader: NA Weather

Hello YouTube Team, I have checked many times and I confirm that 100% of the featured clips in this video are authorized by the owner before I use it. I still keep email and text messages to the owners for all featured clips so I can give you any time to confirm that I'm using the clips legally. I'm using highlight clips for my videos after I got permission from the original clips owner. So I don't know how this user submits copyright sticks on my videos. Also, I see this user is using the same email with 3 different names (Brian Emfinger; Reed Timmer; WxChasing) so I'm suspecting this user is abusing the copyright claim feature to send fake copyright sticks on my videos. I request this user to submit documents or proof to confirm the relationship of these 3 usernames as one person. If this user is unable to provide documents or proof regarding these 3 usernames, it means this user is abusing the copyright claim tool and using a fake name to destroy my channel. This is video information that needs to be checked and restored: Uploader: NA Weather Video url: https://www.youtube.com/watch?v=uXSYXdr4YtE I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. Hope to get help from the YouTube support team soon. Best regards, NGUYEN MINH CHIEN 41 Avenue 3, Phuoc Binh Ward, District 9, Ho Chi Minh City, 716040, Vietnam Email: Jasonbrownad@gmail.com Phone: +84822812881

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

NGUYEN MINH CHIEN

NGUYEN MINH CHIEN
41 Avenue 3, Phuoc Binh Ward
Ho Chi Minh City
District 9 716040
Vietnam

Jasonbrownad@gmail.com

0822 812 881

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 2/27/2023 12:23:23 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [76DQTYXXAM5E7JAPK7BSUVIWH4] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sun, Feb 26, 2023 at 11:38 PM
Subject: Fwd: [76DQTYXXAM5E7JAPK7BSUVIWH4] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+06t285ywxj3e40h@google.com>
Date: Sun, Feb 26, 2023 at 9:37 PM
Subject: Re: [76DQTYXXAM5E7JAPK7BSUVIWH4] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=8NIaf2NZBtQ

Display name of uploader: NA Weather

Hello YouTube Team, I have checked many times and I confirm that 100% of the featured clips in this video are authorized by the owner before I use it. I still keep email and text messages to the owners for all featured clips so I can give you any time to confirm that I am using the clips legally. I believe this is a mistake or this user is abusing the copyright claim tool to destroy my channel. Also, I see this user is using the same email with 3 different names (Brian Emfinger; Reed Timmer; WxChasing) so I'm suspecting this user is using a fake name and abusing the copyright claim feature to send fake copyright sticks on my videos. This should be checked to ensure that the copyright claim is not misused and to help protect licensed users like us. This is video information that needs to be checked and restored: Uploader: NA Weather Video url: https://www.youtube.com/watch?v=8NIaf2NZBtQ I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. Hope to get help from the YouTube support team soon. Best regards, NGUYEN MINH CHIEN 41 Avenue 3, Phuoc Binh Ward, District 9, Ho Chi Minh City, 716040, Vietnam Email: Jasonbrownad@gmail.com Phone: +84822812881

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

NGUYEN MINH CHIEN

NGUYEN MINH CHIEN
41 Avenue 3, Phuoc Binh Ward
Ho Chi Minh
District 9 716040
Vietnam

Jasonbrownad@gmail.com

0822 812 881

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)