# EXHIBIT A

Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Counsel for Plaintiff
Viral DRM LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:24-cv-00733-JSC |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| ANTON SHUBSTORSKY, | |
| Defendant. | |

Plaintiff VIRAL DRM LLC ("Viral DRM"), by and through its undersigned counsel, hereby submits its Proof of Service of the Summons and Complaint directed to Defendant ANTON SHUBSTORSKY ("Shubstorsky").

On June 11, 2024, Viral DRM served the summons, Complaint and Order granting the Motion for Alternative Service to Shubstorsky via the email address provided by Defendant and Google. The email included a direct link to the www.sriplaw.com/notice website where all documents associated with this matter are available for Shubstorsky to access and download. Attached hereto as **Exhibit 1** is the email sent to Shubstorsky.

Additionally, on June 12, 2024, Viral DRM sent Shubstorsky a WhatsApp message, via the phone number provided by Shubstorsky and/or Google. The message contained a direct link to the [www.sriplaw.com/notice](www.sriplaw.com/notice) wesbite where all documents associated with this matter are available for Shubstorsky to access and download.

DATED: June 19, 2024  Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Viral DRM LLC*

# Exhibit 1

## Viral DRM LLC v Anton Shubstorky ID: 11936

### Viral DRM <viraldrm@sriplaw.com>

Tue 6/11/2024 1:31 PM

To:'extremeweatherwind@gmail.com.readnotify.com' <extremeweatherwind@gmail.com.readnotify.com>
Cc:Matthew Rollin <matthew.rollin@sriplaw.com>

📎 3 attachments (946 KB)
DE 1 Complaint.pdf; DE 7 Summons.pdf; DE 19 Order Granting Alt Service.pdf;

PLEASE TAKE NOTICE. A lawsuit has been filed against you.

**Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney whose information appears below and on the attached documents.**

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

All the documents in this case are collected and posted online at the following link: https://www.sriplaw.com/notice/.

Stay safe & healthy,



21301 Powerline Road
Suite 100
Boca Raton, FL 33433
(561) 404-4350
Viraldrm@sriplaw.com
www.sriplaw.com