# Exhibit 1

| Link to Infringement | Original Source | Registration Status | Title of Work | Author | CMI Claim | False Counternotice Claim |
|---|---|---|---|---|---|---|
| https://youtu.be/U2LXFs8I0K8?t=75 | https://youtu.be/k6d3aVbgJQ0 | PA-2-401-477 | 11-18-22 Orchard Park, NY - Entire City Paralyzed from record snow | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=6VamfNt6WeI | https://youtu.be/EZn7yhYkrhM | PA-2-401-320 | 11-18-22 Orchard Park, NY- Orchard Park maze of mayhem | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=Xv1O50eBxrg | https://youtu.be/pcmD_hCnwHQ | PA-2-404-604 | 12-11-2022 Soda Springs- drone video of train plowing snow | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=FFa0vs8Oi1M | https://youtu.be/9-jVNXTXS-Y | Not Registered | 01-10-23 Cisco Grove to Truckee, CA-Heavy snow shuts down I-80, cars stranded | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=1zlD136hVZI | https://www.youtube.com/watch?v=Zp3i_8e_bwY | Not Registered | 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=zbm8EwmLYLY | https://www.youtube.com/watch?v=Zp3i_8e_bwY | Not Registered | 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=0Yu1DXeeZk0 | https://youtu.be/UIIDsm0c3D8 | PA-2-404-613 | 12/08/22 December atmospheric river - McCloud, CA | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=Uotf7SFkGZo | https://www.youtube.com/watch?v=kBCLgoEUwKc | PA-2-405-829 | 1-14-2023 January Atmospheric River CA | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=ICQx3BYV_QQ | https://youtu.be/2PcqW9NlfLM | Not Registered | Police cars buried in 15 foot SNOW DRIFTS! Buffalo ground zero from once-in-a-generation blizzard! | Reed Timmer | Y | Y |
| https://www.youtube.com/watch?v=oAkrGWVGcac | https://youtu.be/Es5mZfeiA4Q | PA-2-397-898 | 11-18-22 Hamburg, NY - Drivers stuck, travelers stranded in four feet of snow SOTs | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=2ncjErT9--g | https://youtu.be/Es5mZfeiA4Q | PA-2-397-898 | 11-18-22 Hamburg, NY - Drivers stuck, travelers stranded in four feet of snow SOTs | Brandon Clement | Y | Y |
| https://www.youtube.com/watch?v=OK3q6vmM2EQ | https://www.youtube.com/watch?v=Zp3i_8e_bwY | Not Registered | 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves dozens of vehicles stranded | Brandon Clement | Y | Y |