# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

VIRAL DRM, LLC,

         Plaintiff,

    v.

ANTON SHUBSTORSKY,

         Defendant.

Case No.  3:24-cv-00733-JSC

**JUDGMENT**

      Having dismissed this action without leave to amend by Order filed March 14, 2025, the Court enters judgment in favor of Defendant and against Plaintiff.

      **IT IS SO ORDERED.**

Dated: March 14, 2025

_____

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California